# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-80-GF-BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| FRANK AUSTIN DAMON, | |
| Defendant. | |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations.  Judge Johnston entered his findings and recommendations on March 29, 2016.  Defendant admitted he had violated Standard Condition 7 of his supervised release by using methamphetamine.  Judge Johnston found the admission sufficient to establish the supervised release violation.  He recommended that this Court revoke Defendant's supervised release and commit him to the custody of the United States Bureau of Prisons for a term of imprisonment of time served, with 48 months of supervised release to follow.

No objections were filed by either party.  Judge Johnston's findings and recommendations are therefore reviewed for clear error.  *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.,* 656 F.2d 1309, 1319 (9th Cir.

1981).

This Court agrees with Judge Johnston's findings. Defendant admitted he had violated Standard Condition 7 of his supervised release. Defendant could be incarcerated for up to 60 months, followed by 36 months of supervised release less any custody time imposed. The United States Sentencing Guidelines call for a term of imprisonment of three to nine months. A sentence of time served, followed by 48 months of supervised release is appropriate. The sentence is sufficient but not greater than necessary.

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 89) are ADOPTED in full and Judgment shall be entered accordingly.

DATED this 18th day of April, 2016.

Brian Morris
United States District Court Judge