# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> FRANK AUSTIN DAMON, <br><br> Defendant. | CR 14-80-GF-BMM <br><br> **ORDER** |

Defendant has moved for an early termination of his supervised release under 18 U.S.C. § 3583(e). The Government does not oppose the motion. (*See* Doc. 101 at 2). Defendant's probation officer takes no position on this motion. *Id*. The Court conducted a hearing on the motion on May 3, 2017.

Defendant pleaded guilty to theft on November 13, 2004. (Doc. 41). The Court sentenced the Defendant on February 5, 2015, to a four year term of probation. (Doc. 47). The Defendant violated the terms of his probation by using methamphetamine. The Court revoked Defendants' probation on April 18, 2016, and sentenced the Defendant to a term of custody of time served, followed by four years of supervised release. (Doc. 94). A condition of supervised release required the Defendant to successfully complete the Eight Judicial District Veterans Treatment Court. (Doc. 94 at 4). The Defendant graduated from the Eighth

Judicial District Veterans Treatment Court on April 25, 2017. *See* Doc. 102 at 2. Defendant has been on supervised release for approximately one year. The record reflects that Defendant has complied with all of the conditions of his supervised release. *See* Doc. 102 at 4. The Defendant is gainfully employed. *Id*. at 2. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

    For the reasons discussed in open court, IT IS ORDERED:

    1.    Defendant's Motion for Early Termination of Supervised Release (Doc. 102) is GRANTED.

    2.    Defendant is DISCHARGED from supervised release.

    DATED this 3rd day of May, 2017.

Brian Morris
United States District Court Judge